**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Civil Case Number: _____**

|  |  |
|---|---|
| Michael Speichert, | : |
|  | : |
| Plaintiff, | : |
| vs. | : |
|  | : |
| Regions Bank, Inc., | : |
|  | : |
| Defendant. | : |
|  | : |
|  | : |

**COMPLAINT**

For this Complaint, Plaintiff, Michael Speichert, by undersigned counsel, states as follows:

**JURISDICTION**

1.      This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

**PARTIES**

3.      Plaintiff, Michael Speichert ("Plaintiff"), is an adult individual residing in Naples, Florida, and is a "person" as defined by 47 U.S.C. § 153(39).

4.      Defendant, Regions Bank, Inc. ("Regions"), is an Alabama business entity with an address of 1900 Fifth Avenue, North, Birmingham, Alabama 35203, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5.      In or around 2015, Regions began calling Plaintiff's cellular telephone, number 239-xxx-1508, using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

6.      Plaintiff does not have an account with Regions and never provided consent to receive automated calls from Regions.

7.      When he answered calls from Regions, Plaintiff was prompted by Regions' automated system to "press" a number to stop the calls.  Plaintiff followed the prompts to indicate that he did not want to receive calls.

8.      Nevertheless, Regions continued to place automated calls to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TCPA –
## 47 U.S.C. § 227, et seq.

9.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10.      At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS or predictive dialer and/or using a prerecorded or artificial voice.

11.      Defendant continued to place automated calls to Plaintiff's cellular telephone despite knowing that it lacked consent to do so.  As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

12.      The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

13.     Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

14.     The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15.     Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16.     As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2.  Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3.  Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: October 7, 2016

Respectfully submitted,

By  /s/ Stan Michael Maslona

Stan Michael Maslona, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com

3