# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Michael Speichert,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Regions Bank, Inc.,<br><br>　　　　　　Defendant. | Civil Case Number: 2:16-cv-00758-UA-CM |

## FIRST AMENDED COMPLAINT

For his First Amended Complaint, Plaintiff, Michael Speichert, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Michael Speichert ("Plaintiff"), is an adult individual residing in Naples, Florida, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, Regions Bank, Inc. ("Regions" or "Defendant"), is an Alabama business entity with an address of 1900 Fifth Avenue, North, Birmingham, Alabama 35203, and is a "person" as defined by 47 U.S.C. § 153(39).

**FACTS**

5. Plaintiff does not have an account with Regions, is not a Regions customer, and never provided consent to receive automated calls from Regions.

6. Unbeknownst to Plaintiff, Regions obtained Plaintiff's cellular telephone number, 239-xxx-1508,[1] and stored it within its telecommunications system.

7. In or around October of 2015, Regions began calling Plaintiff's cellular telephone number using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

8. Defendant called Plaintiff from telephone number 205-451-0859.

9. When Plaintiff answered Defendant's calls, there was no human to speak with. Instead, he was met with an automated prompt—which used either an artificial or prerecorded voice (it is unclear at this time which)—which told Plaintiff to press a digit to remove his number from Defendant's call list.

10. The automated prompt indicated to the Plaintiff that he had been called, and his phone number had been dialed, by a fully automated system and not by a human.

11. Plaintiff answered a call and pressed the digit on his phone to stop the calls, indicating to Defendant that it did not have consent to call his number.

12. However, Defendant did not stop calling. Defendant continued to place the same automated and prerecorded voice calls to Plaintiff's cellular telephone number.

13. Moreover, when Plaintiff did not answer Defendant's calls, Defendant left a prerecorded voicemail messages on Plaintiff's cellular telephone. One such message stated:

---

[1] There is no requirement that Plaintiff disclose his entire phone number in a public pre-discovery pleading in order to state a claim under the TCPA. *Williams v. Bank of Am., Nat. Ass'n*, 2015 WL 3843251, at *3-4 (D.S.C. June 19, 2015) (listing cases, *inter alia*, *Manfred v. Bennett Law, PLLC*, 2012 WL 6102071, at *2 n.2 (S.D. Fla. Dec. 7, 2012)).

2

"This is an important call from Regions Bank. Our business hours are Monday through Thursday, 7am through 8pm; Friday, 7am to 4:30pm; and Saturday, 8am to 12pm, central time. Please return our call at 1-800-289-7630 during our regular business hours. Once again, this is an important call from Regions Bank. Please return our calls at 1-800-289-7630. This communication may be deemed a communication to collect a debt, and any information obtained may be used for that purpose."

14. At all times, Defendant stored Plaintiff's number within its telecommunications system and then automatically dialed it without human intervention.

15. Receipt of Defendant's continued unwanted calls, especially after he had indicated through Defendant's automated prompt that he wished them to stop, caused Plaintiff great annoyance, harassment, frustration, inconvenience and distraction.

## COUNT I
## VIOLATIONS OF THE TCPA –
## 47 U.S.C. § 227, et seq.

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS or predictive dialer and/or using a prerecorded or artificial voice.

18. Defendant continued to place automated calls to Plaintiff's cellular telephone despite knowing that it lacked consent to do so. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

19. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges pursuant to 47 U.S.C. § 227(b)(1).

20. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

21. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

22. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: January 6, 2017

Respectfully submitted,

By /s/ Stan Michael Maslona

Stan Michael Maslona, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on January 6, 2017, a copy of the foregoing was served electronically by CM/ECF system which will send a notice of electronic filing to the following:

Joshua H. Roberts
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202

Peter P. Hargitai
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202

                                                            */s/ Stan Michael Maslona*
                                                               Stan Michael Maslona, Esq.