**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Civil Case Number: 2:16-cv-00758-UA-CM**

|  |  |
|---|---|
| Michael Speichert, | : |
|  | : |
| Plaintiff, | : |
| v. | : |
|  | : |
| Regions Bank; and DOES 1-10, inclusive, | : |
|  | : |
|  | : |
| Defendants. | : |
|  | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to

Fed. R. Civ. P. 41(a) within 60 days.

Dated: May 8, 2017

       Respectfully submitted,

                         By  /s/ Stan Michael Maslona

                         Stan Michael Maslona, Esq.
                         Lemberg Law, LLC
                         43 Danbury Road, 3rd Floor
                         Wilton, CT 06897
                         Telephone: (203) 653-2250
                         Facsimile: (203) 653-3424
                         smaslona@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stan Michael Maslona

Stan Michael Maslona, Esq.